1  B. Kristian W. Rasmussen, III, FL Bar No. 0229430
   Rachael Raymon Gilmer, FL Bar No. 0887331
2  LEVIN, PAPANTONIO, THOMAS,
     MITCHELL, ECHSNER & PROCTOR, P.A.
3  316 South Baylen Street, Suite 600 (32502)
   P. O. Box 12308
4  Pensacola, Florida 32591
   Telephone: (850) 435-7080
5  Facsimile: (850) 435-7020

6  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| In re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation | MDL No. 1699<br>District Judge: Charles R. Breyer<br>Magistrate: |
|---|---|
| VERONICA J. ALEXANDER, individually, and EARLENE TERRELL, individually, and on behalf of JAMES TERRELL, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORP., and G.D. SEARLE & CO.,<br><br>Defendants. | Case No. C 06 4599 CRB<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFFS VERONICA J. ALEXANDER, AND EARLENE TERRELL, INDIVIDUALLY, AND ON BEHALF OF JAMES TERRELL, DECEASED |

Comes now the Plaintiffs, Veronica J. Alexander, Earlene Terrell ("Plaintiffs"), and Defendants Pfizer, Inc., Pharmacia, Corp., and G.D. Searle & Co. ("Defendants"), by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of the following plaintiffs' claims without prejudice with each side bearing its own attorneys' fees and costs:

1. Veronica J. Alexander, Case No. C 06 4599 CRB

2. Earlene Terrell individually, and on behalf of James Terrell, deceased, Case No. C 06 4599 CRB

This Stipulation and Order, does not affect any claims on behalf of the following named Plaintiffs:

1. Joseph Lautieri, Case No. C 06 4599 CRB

2. Clarence Thomas, Case No. C 06 4599 CRB

3. Dorothy Fornes, Case No. C 06 4599 CRB

4. Muriel Beetz, Case No. C 06 4599 CRB

Plaintiffs, Veronica Alexander and Earlene Terrell agree to re-file any and all claims against Defendants, in a United States District Court.

Dated: February 22, 2007

Respectfully submitted

By: _____

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES, LLP
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
    Attorney for the Defendants

Dated: February 21, 2007

Respectfully submitted

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
    Attorneys for Plaintiff

### ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before this Court on the Parties Stipulation of Dismissal, pursuant to Federal Rule of Civil Procedure 41(a), it is hereby ORDERED AND ADJUDGED:

This matter is dismissed without prejudice with each side bearing its own attorneys' fees and costs.

DONE AND ORDERED this 26th day of February, 2007, in San Francisco, California.

_____
CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Conformed copies to:
B. Kristian W. Rasmussen, Esquire
Stuart M. Gordon, Esquire