Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: C 06 4599 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| VERONICA J. ALEXANDER, individually, JOSEPH LAUTIERI, individually, CLARENCE THOMAS, individually, DOROTHY FORNES, individually, RONNIE LESLIE, individually and on behalf of the ESTATE OF YVONNE LESLIE, MURIEL BEETZ, individually, EARLENE TERRELL, individually, and on behalf of the ESTATE of JAMES TERRELL, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs,

vs.

Pfizer, Inc., et al.

Defendants.

Come now the Plaintiffs, JOSPEH LAUTIERI, CLARENCE THOMAS, DOROTHY FORNES, MURIEL BEETZ, and EARLENE TERRELL, on behalf of the ESTATE OF JAMES TERRELL., and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule

of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: June 24, 2009

By: _____

Peter L. Kaufman, FL Bar No. 0548421
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
PO Box 12308
Pensacola, FL 32591
Telephone: (850) 435-7107
Facsimile: (850) 435-7020
*Attorneys for Plaintiff*

DATED: August 6, 2009

By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: AUG 1 7 2009

_____
Hon. Charles R. Breyer
United States District Court